JANE RECHTWEG, an Infant, by DOROTHY C. RECHTWEG, Her Guardian ad Litem, et al., Respondents, *v.* KENELMN H. EDEN et al., Constituting the Board of Water Commissioners of the Manhasset-Lakeville Water District, et al., Defendants, and MANHASSET-LAKEVILLE WATER DISTRICT et al., Appellants.

Argued October 14, 1937; decided November 16, 1937.

*Daniel Mungall* and *E. C. Markell* for John Morgan, Inc., appellant.

*H. H. Brown* and *James E. Turner* for Manhasset-Lakeville Water and Fire Districts, appellants.

*Richard C. Cotter* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.